IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM F. SCHAFFER, JR., ET AL : CIVIL ACTION
: NO. 02-3463
VS. :

LEMUEL I. PERKINS, JR.

## ORDER

AND NOW, this 13th of FEBRUARY, 2003, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Jay C. Waldman to the calendar of the Honorable James Knoll Gardner.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court