IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM F. SCHAFFER, JR. and APRIL SCHAFFER<br><br>    Plaintiffs<br><br>vs.<br><br>LEMUEL L. PERKINS, JR.,,<br>KLLM TRANSPORT SERVICES, INC. and<br>KLLM, INC.,<br><br>    Defendants | Civil Action<br>No.  2002-cv-3463 |

O R D E R

NOW, this 20th day of February, 2003, it appearing that service of the Complaint has not been made,

IT IS ORDERED that pursuant to Rule 4(m) of the Federal Rules of Civil Procedure the Complaint is dismissed without prejudice as to all defendants.

IT IS FURTHER ORDERED that the dismissal will be vacated if, within 10 days of the date of this Order plaintiffs show good cause why service was not made within 120 days of the date of the filing of the Complaint.

                                      BY THE COURT:


                                      _____
                                      James Knoll Gardner
                                      United States District Judge