IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM F. SCHAFFER, JR. and APRIL SCHAFFER,<br><br>        Plaintiff<br><br>    vs.<br><br>LEMUEL L. PERKINS, JR., KLLM TRANSPORT SERVICES, INC., and KLLM, INC.,<br><br>        Defendant | Civil Action<br>No. 02-CV-03463 |

HEARING SCHEDULING ORDER

NOW, this 27th day of March, 2003,

IT IS ORDERED that a hearing is scheduled before Judge James Knoll Gardner on Thursday, April 10, 2003, at 10:30 o'clock a.m. in Courtroom B, Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Allentown, Pennsylvania, on Plaintiff's Motion to Vacate Order Issued on February 20, 2003, which motion was filed March 7, 2003.

IT IS FURTHER ORDERED that not later than seven days before the hearing date each party shall submit to Judge Gardner[1] a written summary of the issues and of that party's argument, which summary shall not exceed two pages in length.

IT IS FURTHER ORDERED that continuances will be granted only in extraordinary circumstances. Continuance requests shall

---

[1] The memoranda may be forwarded to Judge Gardner by mail at Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania 18101; by fax at (610) 434-3459; or by e-mail addressed to Chambers_of_Judge_James_Knoll_Gardner@paed.uscourts.gov

be signed by one counsel of record for each represented party and by each unrepresented party.  Continuance requests shall be submitted at least ten days prior to the hearing on a form approved by Judge Gardner.

By:

                    _____
                    CHERYL E. SINCLAIR
                    Civil Deputy Clerk to
                    Judge James Knoll Gardner
                    Phone:  (610) 434-3457