IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM F. SCHAFFER, JR.,<br>APRIL SCHAFFER,<br>　　　　Plaintiffs<br>　　vs.<br><br>LEMUEL L. PERKINS, JR.,<br>KLLM TRANSPORT SERVICES, INC.,<br>KLLM, INC.,<br>　　　　Defendants | Civil Action<br>No. 02-cv-03463 |

## **O R D E R**

NOW, this 10th day of April, 2003, upon consideration of Plaintiffs' Motion to Vacate Order Issued on February 20, 2003, which motion was filed March 7, 2003; upon consideration of Defendant, KLLM, Inc.'s Response to Plaintiffs' Motion to Vacate Order Issued on February 20, 2003, which response was filed March 18, 2003; upon consideration of the briefs of the parties; after hearing and closing argument held this date; and for the reasons articulated simultaneously on the record,

　　　　IT IS ORDERED that Plaintiffs' Motion to Vacate Order Issued on February 20, 2003 is denied.

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　James Knoll Gardner
　　　　　　　　　　　　　　　　United States District Judge