IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM F. SCHAFFER, JR., ) | |
| APRIL SCHAFFER, ) | Civil Action |
| ) | No. 02-cv-03463 |
| Plaintiffs ) | |
| vs. ) | |
| ) | |
| LEMUEL L. PERKINS, JR., ) | |
| KLLM TRANSPORT SERVICES, INC., ) | |
| KLLM, INC., ) | |
| ) | |
| Defendants ) | |

### O R D E R

NOW, this 10th day of April, 2003, upon consideration of the oral request of Michael Mayro, Esquire, to withdraw as counsel of record for plaintiffs, William F. Schaffer, Jr. and April Schaffer; it appearing that on or about October 31, 2002, plaintiffs discharged Michael Mayro as their attorney in the within litigation; it further appearing that on January 15, 2003, Charles J. Schleifer, Esquire filed a Notice of Appearance on behalf of plaintiffs; and by agreement of counsel for the parties,

IT IS ORDERED that the motion is granted.

IT IS FURTHER ORDERED that the appearance of Michael Mayro as counsel for plaintiffs is withdrawn.

IT IS FURTHER ORDERED that the Clerk of Court shall note the withdrawal of the appearance of Michael Mayro, Esquire, as attorney for plaintiffs on the docket of this case.

BY THE COURT:

James Knoll Gardner
United States District Judge